**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-02010-DRC |
| | § | |
| DANIEL MALEC | § | |
| GAIL MALEC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $922.54 | Assets Exempt: | $14,827.75 |
| Total Distributions to Claimants: | $18,383.59 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $12,546.41 | | |

3) Total gross receipts of $35,333.71 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,403.71 (see **Exhibit 2),** yielded net receipts of $30,930.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $9,484.85 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $12,546.41 | $12,546.41 | $12,546.41 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $18,110.28 | $18,110.28 | $18,383.59 |
| **Total Disbursements** | NA | $40,141.54 | $30,656.69 | $30,930.00 |

4). This case was originally filed under chapter 7 on 01/23/2009. The case was pending for -1308 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2012        By:  /s/ David E. Grochocinski
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| ESTATE OF THEODORE MALEC | 1149-000 | $35,332.42 |
| Interest Earned | 1270-000 | $1.29 |
| **TOTAL GROSS RECEIPTS** | | **$35,333.71** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| MALEC, DANIEL | Surplus Funds | 8200-002 | $4,403.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,403.71** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance | 4110-000 | NA | $9,484.85 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $9,484.85 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $3,843.01 | $3,843.01 | $3,843.01 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $31.12 | $31.12 | $31.12 |
| Green Bank | 2600-000 | NA | $264.97 | $264.97 | $264.97 |
| The Bank of New York Mellon | 2600-000 | NA | $330.11 | $330.11 | $330.11 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $8,055.50 | $8,055.50 | $8,055.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $21.70 | $21.70 | $21.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,546.41 | $12,546.41 | $12,546.41 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Roundup Funding, LLC | 7100-000 | NA | $569.75 | $569.75 | $569.75 |
| 2INT | Roundup Funding, LLC | 7990-000 | NA | $0.00 | $0.00 | $8.60 |
| 3 | Roundup Funding, LLC | 7100-000 | NA | $764.94 | $764.94 | $764.94 |
| 3INT | Roundup Funding, LLC | 7990-000 | NA | $0.00 | $0.00 | $11.54 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $3,766.99 | $3,766.99 | $3,766.99 |
| 4INT | Chase Bank USA, N.A. | 7990-000 | NA | $0.00 | $0.00 | $56.85 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $1,477.00 | $1,477.00 | $1,477.00 |
| 5INT | Chase Bank USA, N.A. | 7990-000 | NA | $0.00 | $0.00 | $22.29 |
| 6 | American Express Centurion Bank | 7100-000 | NA | $2,628.59 | $2,628.59 | $2,628.59 |
| 6INT | American Express Centurion Bank | 7990-000 | NA | $0.00 | $0.00 | $39.67 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | NA | $8,903.01 | $8,903.01 | $8,903.01 |
| 7INT | FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | NA | $0.00 | $0.00 | $134.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $18,110.28 | $18,110.28 | $18,383.59 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 09-02010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALEC, DANIEL AND MALEC, GAIL | Date Filed (f) or Converted (c): | 01/23/2009 (f) |
| For the Period Ending: | 10/5/2012 | §341(a) Meeting Date: | 02/24/2009 |
| | | Claims Bar Date: | 11/05/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  560 CREEKWOOD COURT, CAROL STREAM, IL | $240,000.00 | $0.00 | | $0.00 | FA |
| 2  CASH | $50.00 | $0.00 | | $0.00 | FA |
| 3  CHECKING | $500.00 | $0.00 | | $0.00 | FA |
| 4  FURNITURE ETC. | $3,000.00 | $0.00 | | $0.00 | FA |
| 5  PLATES | $200.00 | $0.00 | | $0.00 | FA |
| 6  CLOTHING | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  JEWELRY | $200.00 | $0.00 | | $0.00 | FA |
| 8  RECEIVABLES | $6,150.29 | $0.00 | | $0.00 | FA |
| 9  ESTATE OF THEODORE MALEC | Unknown | Unknown | | $35,332.42 | FA |
| 10  2008 FORD TAURUS | $9,000.00 | $0.00 | | $0.00 | FA |
| 11  1997 DODGE GRAND CARAVAN | $600.00 | $0.00 | | $0.00 | FA |
| 12  OFFICE EQUIPMENT | $250.00 | $0.00 | | $0.00 | FA |
| 13  PETS | $0.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $1.29 | Unknown |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$260,950.29    $0.00    $35,333.71    $0.00

**Major Activities affecting case closing:**
AWAITING DISTRIBUTION FROM ILLINOIS AND INDIANA PROBATE ESTATE; DIFFICULTIES CONCERNING DISPOSITION OF LAND OWNED BY INDIANA ESTATE; TAX RETURNS PENDING

| Initial Projected Date Of Final Report (TFR): | 06/30/2010 | Current Projected Date Of Final Report (TFR): | 12/30/2012 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

Case 09-02010    Doc 53    Filed 10/29/12    Entered 10/29/12 09:11:55    Desc Main
Document    Page 6 of 10    Page No: 1    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-02010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALEC, DANIEL AND MALEC, GAIL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8121 | Money Market Acct #: | ******1365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2011 | (9) | ESTATE OF THEODORE MALEC | FINAL DISTRIBUTION IN PROBATE CASE | 1149-000 | $35,332.42 | | $35,332.42 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $35,332.56 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $33.88 | $35,298.68 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 | | $35,298.97 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $70.11 | $35,228.86 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 | | $35,229.14 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $77.22 | $35,151.92 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 | | $35,152.21 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $72.22 | $35,079.99 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 | | $35,080.28 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $76.68 | $35,003.60 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $35,003.60 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $35,333.71 | $35,333.71 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $35,003.60 | |
| Subtotal | $35,333.71 | $330.11 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $35,333.71 | $330.11 | |

**For the period of 1/23/2009 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,333.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,333.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330.11 |
| Total Internal/Transfer Disbursements: | $35,003.60 |

**For the entire history of the account between 09/15/2011 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,333.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,333.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $330.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $330.11 |
| Total Internal/Transfer Disbursements: | $35,003.60 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-02010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALEC, DANIEL AND MALEC, GAIL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8121 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  | Subtotal | $0.00 | $0.00 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | Net | $0.00 | $0.00 | |

**For the period of 1/23/2009 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/15/2011 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-02010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALEC, DANIEL AND MALEC, GAIL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8121 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $35,003.60 | | $35,003.60 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $31.12 | $34,972.48 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $41.88 | $34,930.60 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $58.18 | $34,872.42 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $52.64 | $34,819.78 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $56.18 | $34,763.60 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $56.09 | $34,707.51 |
| 08/24/2012 | 5002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $8,055.50 | $26,652.01 |
| 08/24/2012 | 5003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $21.70 | $26,630.31 |
| 08/24/2012 | 5004 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $3,843.01 | $22,787.30 |
| 08/24/2012 | 5005 | Roundup Funding, LLC | Distribution on Claim #: 2; | 7100-000 | | $569.75 | $22,217.55 |
| 08/24/2012 | 5006 | Roundup Funding, LLC | Distribution on Claim #: 3; | 7100-000 | | $764.94 | $21,452.61 |
| 08/24/2012 | 5007 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 | | $3,766.99 | $17,685.62 |
| 08/24/2012 | 5008 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 | | $1,477.00 | $16,208.62 |
| 08/24/2012 | 5009 | American Express Centurion Bank | Distribution on Claim #: 6; | 7100-000 | | $2,628.59 | $13,580.03 |
| 08/24/2012 | 5010 | FIA CARD SERVICES, NA/BANK OF AMERICA | Distribution on Claim #: 7; | 7100-000 | | $8,903.01 | $4,677.02 |
| 08/24/2012 | 5011 | Roundup Funding, LLC | Distribution on Claim #: 2; | 7990-000 | | $8.60 | $4,668.42 |
| 08/24/2012 | 5012 | Roundup Funding, LLC | Distribution on Claim #: 3; | 7990-000 | | $11.54 | $4,656.88 |
| 08/24/2012 | 5013 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7990-000 | | $56.85 | $4,600.03 |
| 08/24/2012 | 5014 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7990-000 | | $22.29 | $4,577.74 |
| 08/24/2012 | 5015 | American Express Centurion Bank | Distribution on Claim #: 6; | 7990-000 | | $39.67 | $4,538.07 |
| 08/24/2012 | 5016 | FIA CARD SERVICES, NA/BANK OF AMERICA | Distribution on Claim #: 7; | 7990-000 | | $134.36 | $4,403.71 |
| 08/24/2012 | 5017 | MALEC, DANIEL AND MALEC, GAIL | Distribution on Claim #: ; | 8200-002 | | $4,403.71 | $0.00 |
| 08/27/2012 | 5017 | VOID: MALEC, DANIEL AND MALEC, GAIL | | 8200-003 | | ($4,403.71) | $4,403.71 |

| | | | | **SUBTOTALS** | $35,003.60 | $30,599.89 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-02010-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MALEC, DANIEL AND MALEC, GAIL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8121 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2012 | 5018 | MALEC, DANIEL | surplus to debtor | 8200-002 | | $4,403.71 | $0.00 |
| | | | **TOTALS:** | | $35,003.60 | $35,003.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $35,003.60 | $0.00 | |
| | | | Subtotal | | $0.00 | $35,003.60 | |
| | | | Less: Payments to debtors | | $0.00 | $4,403.71 | |
| | | | Net | | $0.00 | $30,599.89 | |

| For the period of 1/23/2009 to 10/5/2012 | | For the entire history of the account between 02/07/2012 to 10/5/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $35,003.60 | Total Internal/Transfer Receipts: | $35,003.60 |
| | | | |
| Total Compensable Disbursements: | $30,599.89 | Total Compensable Disbursements: | $30,599.89 |
| Total Non-Compensable Disbursements: | $4,403.71 | Total Non-Compensable Disbursements: | $4,403.71 |
| Total Comp/Non Comp Disbursements: | $35,003.60 | Total Comp/Non Comp Disbursements: | $35,003.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-02010-DRC | |
| **Case Name:** | MALEC, DANIEL AND MALEC, GAIL | |
| **Primary Taxpayer ID #:** | ******8121 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/23/2009 | |
| **For Period Ending:** | 10/5/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David E. Grochocinski | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******1001 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $35,333.71 | $35,333.71 | $0.00 |

**For the period of 1/23/2009 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,333.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,333.71 |
| Total Internal/Transfer Receipts: | $35,003.60 |
| | |
| Total Compensable Disbursements: | $30,930.00 |
| Total Non-Compensable Disbursements: | $4,403.71 |
| Total Comp/Non Comp Disbursements: | $35,333.71 |
| Total Internal/Transfer Disbursements: | $35,003.60 |

**For the entire history of the case between 01/23/2009 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,333.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,333.71 |
| Total Internal/Transfer Receipts: | $35,003.60 |
| | |
| Total Compensable Disbursements: | $30,930.00 |
| Total Non-Compensable Disbursements: | $4,403.71 |
| Total Comp/Non Comp Disbursements: | $35,333.71 |
| Total Internal/Transfer Disbursements: | $35,003.60 |